

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00615-CV

**IN RE ESTATE OF** Maria L. **RAYNES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered relator's Motion for En Banc Reconsideration filed on October 13, 2015, and the motion is DENIED.

It is so **ORDERED** on October 23, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-PC-0369, styled *In the Estate of Maria L. Raynes, Deceased*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Kelly Cross presiding.